LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff
ISAIAS TORRES MANDUJANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS TORRES MANDUJANO,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE; DEFENDANT #1, DEFENDANT #2 and DEFENDANT #3 in their Individual Capacity and in their Official Capacities as CORRECTIONS OFFICERS of the BUTTE COUNTY JAIL, and DEFENDANT #4 in His Individual Capacity and in his Official Capacity as ACTING SHIFT COMMANDER of the BUTTE COUNTY JAIL,<br><br>       Defendants. | Case No.:   2:07-cv-01223-LEW-EFB<br><br>**ORDER ALLOWING<br>LARRY L. BAUMBACH TO WITHDRAW<br>AS ATTORNEY OF RECORD** |

On April 24, 2008 the Court entered an order granting the motion of Larry L. Baumbach to be relieved as counsel for Plaintiff, Isaias Torres Mandujano. Mr. Mandujano's contact information is as follows:

Isaias Torres Mandujano           Alternative Address;
1564 Nord Avenue, #7              1425 Nord Avenue, #50
Chico, California 95926           Chico, California 95926

Mr. Mandujano has no telephone number known to his attorney.

Dated:  April 30, 2008

                                                    /s/ Ronald S. W. Lew
                                                    JUDGE OF THE U.S. DISTRICT COURT

-1-
ORDER ALLOWING LARRY L. BAUMBACH TO WITHDRAW AS ATTORNEY OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com